■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH LOSICCO, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Santagata, J.), rendered October 31, 1986, convicting him of criminal sale of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The County Court did not abuse its discretion *(see,* CPL 220.60 [3]) in denying the defendant's motion to withdraw his guilty plea without an evidentiary hearing *(see, People v Frederick,* 45 NY2d 520; *People v Tinsley,* 35 NY2d 926, 927). The defendant's conclusory assertions that he was "sick" and "confused" when he entered his plea of guilty to 1 reduced

count in satisfaction of an 11-count indictment are refuted by the record of the plea allocution *(see, People v Corwise,* 120 AD2d 604; *cf., People v King,* 110 AD2d 856). His bald allegation of innocence did not entitle him to withdraw his guilty plea *(see, People v Matta,* 103 AD2d 756; *People v Stubbs,* 92 AD2d 923). The inquiry conducted by the County Court was sufficient for determination of the motion, which was properly denied. Mangano, J. P., Kunzeman, Rubin, Kooper and Harwood, JJ., concur.